UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELJAC CORPORATION d/b/a HOLDEN ASSOCIATES,<br>           Plaintiff<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br>           Defendant | CIVIL ACTION NO. 05-30075-MAP |

**JOINT STATEMENT OF THE PARTIES
PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to United States District Court Local Rule 16.1(D), the parties propose the following schedule for the above matter:

JOINT DISCOVERY PLAN AND FILING OF MOTIONS

1. Discovery shall be completed by July 7, 2006.

2. All motions pursuant to Fed.R.Civ.P. 12, 15, 19 and 20 shall be filed no later than October 1, 2005.

3. Discovery shall commence on June 15, 2005. All requests for production of documents pursuant to Fed.R.Civ.P. 34, and all interrogatories propounded pursuant to Fed.R.Civ.P. 33 shall be served no later than November 2, 2005. All answers/responses to the written discovery indicated above shall be served in compliance with the time standards of the Federal Rules of Civil Procedure.

4. All factual depositions (non-expert witnesses) shall be concluded no later than February 1, 2006.

5. The number of non-expert depositions that each side may take is limited to ten (10), exclusive of any Keeper of Records depositions.

6. Plaintiff shall identify its experts pursuant to Fed.R.Civ.P. 26(a)(2) on or before March 1, 2006.

7. The Defendant shall identify its experts pursuant to Fed.R.Civ.P. 26(a)(2) on or before April 3, 2006.

8. The experts may be deposed. The parties shall pay reasonable expert fees as provided under Rule 26(b)(4)(C). The depositions of the experts shall be taken in the area the expert has his or her place of business, unless otherwise agreed upon by the parties. Plaintiff's experts shall be deposed by May 1, 2006. Defendant's experts shall be deposed by July 7, 2006.

9. All discovery motions under Rule 37 shall be filed on or before June 1, 2006.

10. All dispositive motions, including motions for summary judgment pursuant to Fed.R.Civ.P. 56 shall be filed on or before August 1, 2006.

11. A final pretrial conference shall be scheduled by the Court on or some time following September 1, 2006.

12. The parties expect to be ready for trial by November, 2006.

## CERTIFICATIONS

The parties' counsel have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs. Plaintiff's Certificate is attached hereto as Exhibit A. Defendant's Certificate will be submitted under separate cover.

| | |
|---|---|
| Plaintiff,<br>ELJAC Corporation d/b/a Holden Associates<br>By its attorney, | Defendant,<br>St. Paul Fire and Marine Ins.<br>By its attorney, |
| *[signature]* | *[signature]* |
| Carolyn L. McCaffrey, Esq.<br>BBO #646810<br>Frank P. Fitzgerald, P.C.<br>1391 Main Street, Suite 600<br>Springfield, MA 01103<br>(413) 732-2825<br>Fax (413) 732-3346 | John F. Burke, Jr., Esq.<br>BBO #065140<br>Morrison Mahoney, LLP<br>1500 Main Street, Suite 2400<br>P.O. Box 15387<br>(413) 737-4373<br>Fax (413) 739-3125 |



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELJAC CORPORATION d/b/a HOLDEN ASSOCIATES,<br>        Plaintiff<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br>        Defendant | CIVIL ACTION NO. 05-30075-MAP |

**PLAINTIFF'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**

    We, Elton J. Holden, President of ELJAC Corporation d/b/a Holden Associates, and Carolyn L. McCaffrey, Esq., counsel for Plaintiff, certify that we have conferred regarding the following issues:

    (a) establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and

    (b) considering the resolution of this litigation through the use of various alternative dispute resolution programs.

Dated: June 7, 2005

Plaintiff
ELJAC Corporation d/b/a Holden Associates

By: _____
Elton Holden,
Its President

_____
Carolyn L. McCaffrey, Esq.
BBO #646810
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA 01103
(413) 732-2825
Fax (413) 732-3346