UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELJAC CORPORATION d/b/a HOLDEN )
ASSOCIATES,                    )
        Plaintiff      )
                               )
   v.                          )   Civil Action No.  05-30075-MAP
                               )
                               )
ST. PAUL AND MARINE INSURANCE  )
COMPANY,                       )
        Defendant      )

SCHEDULING ORDER
June 15, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by November 2, 2005.

2. Non-expert depositions shall be completed by February 1, 2006.

3. Counsel shall appear for a case management conference on February 7, 2006, at 10:30 a.m. in Courtroom Three.

4. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006, and depositions of those experts shall be completed by May 1, 2006.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 23, 2006, and depositions of those experts shall be completed by July 7, 2006.

IT IS SO ORDERED.

DATED: June 15, 2005

                                                                 /s/ Kenneth P. Neiman  
                                                               KENNETH P. NEIMAN  
                                                               U.S. Magistrate Judge