UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30075-MAP

ELJAC CORPORATION d/b/a HOLDEN ASSOCIATES,
    Plaintiff

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
    Defendant

## DEFENDANT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3)

The defendant, St. Paul Fire and Marine Insurance Company, states, pursuant to Local Rule 7.3, that it is a wholly owned subsidiary of The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is a publicly traded corporation and no single entity or person owns more than ten percent of its stock.

The Defendant,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

By Its Attorneys,
MORRISON MAHONEY, LLP

John F. Burke, BBO# 065140
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on _____.