UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELJAC CORPORATION d/b/a HOLDEN ASSOCIATES<br>Plaintiff<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>Defendant | CIVIL ACTION NO.: 05-30075-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Pursuant to Rule 16.1(D)(3) of the local Rules of the United States District Court of the District of Massachusetts, the defendant St. Paul Fire and Marine Insurance Company certifies and affirms that the said defendant and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

St. Paul Fire and Marine Insurance Company,
By

_____
Joan L. Antonino
Sr. Technical Spc. Liability
St. Paul Fire and Marine Insurance Company
MC 9295-NEWJ
499 Thornall Street
Edison, NJ 08837

Dated: 6-14-05

St. Paul Fire and Marine Insurance Company,
By Its Attorneys,

_____
John F. Burke, Jr., BBO# 065140
MORRISON MAHONEY LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115
(413) 737-4373
(413) 739-3125 (fax)

Dated: 6/15/05

288080v1

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 6/15/05