UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELJAC CORPORATION d/b/a HOLDEN ASSOCIATES,<br>   Plaintiff<br><br>v.<br><br>ST. PAUL AND MARINE INSURANCE COMPANY,<br>   Defendant | Civil Action No. 05-30075-MAP |

<u>REVISED SCHEDULING ORDER</u>
February 7, 2006

NEIMAN, C.M.J.

  The following schedule was established at the case management conference this day:

  1. All requested written discovery shall be provided by February 24, 2006.

  2. Non-expert depositions shall be completed by June 2, 2006.

  3. Counsel shall appear for a case management conference on June 15, 2006, at 10:00 a.m. in Courtroom Three.

  4. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by August 1, 2006, and depositions of those experts shall be completed by October 2, 2006.

  5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by September 22, 2006,

and depositions of those experts shall be completed by November 30, 2006.

There shall be no further extensions.

IT IS SO ORDERED.

DATED: February 7, 2006

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                Chief Magistrate Judge