UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30075-MAP

ELJAC CORPORATION d/b/a HOLDEN ASSOCIATES,
    Plaintiff

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
    Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action, including all counterclaims, be dismissed, with prejudice, and without costs or interest, and all rights of appeal waived.

The Plaintiff,
ELJAC CORPORATION d/b/a HOLDEN ASSOCIATES

By Its Attorney,

_____
Carolyn L. McCaffrey, BBO# 646810
Frank P. Fitzgerald, P.C.
1391 Main St., Suite 600
Springfield, MA 01103
413-732-2825
413-732-3346 fax

The Defendant,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

By Its Attorneys,

_____
John F. Burke, Jr., BBO# 065140
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
413-737-4373
413-739-3125 (Fax)